

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00458-CV

Frederick Stanton **DUNCAN**,
Appellant

v.

Shanna Nicole **DUNCAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Frederick Stanton Duncan.

SIGNED April 1, 2020.

_____
Patricia O. Alvarez, Justice